# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE: **Olufemi Fasehun**
**Yetunde Celia Fasehun**

Debtor(s)

Case No.: **17-15680**
Judge: **VFP**
Chapter: **13**

## CHAPTER 13 PLAN AND MOTIONS

☑ Original
☑ Motions Included

☐ Modified/Notice Required
☐ Modified/No Notice Required

☑ Discharge Sought
☐ No Discharge Sought

Date: **5/2/2017**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED.**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The Debtor shall pay **7,120.00 Monthly** to the Chapter 13 Trustee, starting on **April 1, 2017** for approximately **60** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
   ☑ Future Earnings
   ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property
  Description:
  Proposed date for completion: _____
- ☑ Loan modification with respect to mortgage encumbering property
  Description: 86 East McClellan Ave., Livingston, NJ (Citibank)
  Proposed date for completion: Determined by court

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $ **900.60** to be paid directly by the debtor(s) outside of the Plan, pre-confirmation to **Citibank (2nd mortgage)** (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scura, Wigfield, Heyer, Stevens & Cammarota, LLP** | **Administrative** | **Amount to be determined by further application to the court** |
| **Internal Revenue Service** | **Taxes and certain other debts** | **5,377.09** |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the Debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Seterus Inc (1st mortgage)** | **86 East McClellan Ave. Livingston, NJ 07039 Essex County** | **9,046.68** | **0** | **9,046.68** | **2,292.64** |
| **Citimortgage Inc. (2nd mortgage)** | **86 East McClellan Ave. Livingston, NJ 07039 Essex County** | **95,725.86** | **0** | **Arrears to be cured via loan modification** | **900.60 60% P&I** |

### b. Modification

1.) The Debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| **Midland Funding, LLC** | 86 East McClellan Ave. Livingston, NJ 07039 Essex County DJ-154525-2011 | 5,207.71 | 435,000 | 507,707.00 | 0 | 0 | 0 |
| **Capital One Bank, NA** | 86 East McClellan Ave. Livingston, NJ 07039 Essex County DJ-147429-2011 | 4,414.58 | 435,000.00 | 507,707.00 | 0 | 0 | 0 |
| **Bureau of Housing Inspection** | 86 East McClellan Ave. Livingston, NJ 07039 Essex County DJ-119438-2012 | 7,768.00 | 435,000 | 507,707.00 | 0 | 0 | 0 |
| **Bureau of Housing Inspection** | 86 East McClellan Ave. Livingston, NJ 07039 Essex County DJ-225226-2010 | 5,500.00 | 435,000 | 507,707.00 | 0 | 0 | 0 |
| **Bureau of Housing Inspection** | 86 East McClellan Ave. Livingston, NJ 07039 Essex County DJ-031272-2008 | 7,150.00 | 435,000 | 506,707.00 | 0 | 0 | 0 |
| **State of NJ Division of Codes and Standards** | 86 East McClellan Ave. Livingston, NJ 07039 Essex County DJ-039791-2013 | 11,186.00 | 435,000 | 506,707.00 | 0 | 0 | 0 |
| **H.S.A. Fannie Mae (2nd mortgage)** | 429 William Street East Orange, NJ 07017 Essex County | 11,382.29 | 75,000.00 | Seterus Inc - 149,011.00 | No value | N/A | 0.00 |
| **Seterus Inc (1st mortgage)** | 429 William Street East Orange, NJ 07017 Essex County | 149,011.00 | 75,000.00 | None | 75,000.00 | 4.00 | 82,874.50 |
| **Township of Irvington - property maintenance** | 56 Augusta Street Irvington, NJ 07111 Essex County | 8,976.20 | 50,000.00 | 71,104.11 | No value | N/A | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### c. Surrender

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| -NONE- | | | |

### d. Secured Claims Unaffected by the Plan

The following secured claims are unaffected by the Plan:

Creditor
**Ocwen Loan Servicing - mortgage on 311 Smith Street Newark, NJ 07106 Essex County**

### e. Secured Claims to be paid in full through the Plan

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **New Jersey Division of Taxation** | DJ-072040-2016<br>DJ-072041-2016<br>DJ-030235-2017<br>DJ-142504-2015<br>DJ-177482-2012 | 41,352.98 |
| **East Orange Water Commission** | 429 William Street East Orange, NJ 07017 Essex County | 1,055.45 |
| **New Jersey American Water** | 56 Augusta Street Irvington, NJ 07111 Essex County | 188.05 |
| **City of Newark** | 311 Smith Street Newark, NJ 07106 Essex County | 782.28 |
| **City of Newark** | 351-353 Avon Ave., Newark, NJ 07108 | 467.72 |
| **Lillian Zhang** | 196 Oxford Street Orange, NJ 07050 Essex County | 57,877.50 |
| **MTAG Cust for Fig Capital Inv NJ13** | 351-353 Avon Ave., Newark, NJ 07108 | 5,238.73 |
| **Township of Irvington** | 56 Augusta Street Irvington, NJ 07111 Essex County | 71,104.11 |
| **Tioga County Treasure** | 2-8 Creamery Road Richford, NY 13835 Tioga County | 1,819.96 |

## Part 5: Unsecured Claims

a. **Not separately classified** Allowed non-priority unsecured claims shall be paid:

__X__ Not less than $ __103,610.45__ to be distributed *pro rata*

____ Not less than ___ percent

____ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** Claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| -NONE- | | | |

4

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| **Karriem Abdul Ahad** | **Residential lease** | **Assumed** |
| **Kwame Tawiah & Joyce Tawiah** | **Residential lease** | **Assumed** |
| **Shawn Murray Sims** | **Residential lease** | **Assumed** |
| **Shelly E. Arrington** | **Residential lease** | **Assumed** |
| **Jay Cox** | **Residential lease** | **Assumed** |

## Part 7: Motions

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| **Midland Funding, LLC** | **86 East McClellan Ave. Livingston, NJ 07039  Essex County DJ-154525-2011** | **ALL** |
| **Capital One Bank, N.A.** | **86 East McClellan Ave. Livingston, NJ 07039  Essex County DJ-147429-2011** | **ALL** |
| **Bureau of Housing Inspection** | **86 East McClellan Ave. Livingston, NJ 07039  Essex County DJ-119438-2012** | **ALL** |
| **Bureau of Housing Inspection** | **86 East McClellan Ave. Livingston, NJ 07039  Essex County DJ-225226-2010** | **ALL** |
| **Bureau of Housing Inspection** | **86 East McClellan Ave. Livingston, NJ 07039  Essex County DJ-031272-2008** | **ALL** |
| **State of NJ Division of Codes and Standards** | **86 East McClellan Ave. Livingston, NJ 07039  Essex County DJ-039791-2013** | **ALL** |
| **H.S.A. Fannie Mae (2nd mortgage)** | **429 William Street East Orange, NJ 07017  Essex County** | **ALL** |
| **Township of Irvington - property maintenance** | **56 Augusta Street Irvington, NJ 07111 Essex County** | **ALL** |

| Creditor | Collateral | | Amount of Lien to be Reclassified |
|---|---|---|---|

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| Seterus Inc (1st mortgage) | 429 William Street East Orange, NJ 07017  Essex County | 75,000.00 | 74,011.00 |

### Part 8:  Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
   1) Trustee Commissions
   2) **Other Administrative Claims**
   3) **Secured Claims**
   4) **Lease Arrearages**
   5) **Priority Claims**
   6) **General Unsecured Claims**

d. **Post-petition claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9 :  Modification

If this plan modifies a plan previously filed in this case, complete the information below.
Date of Plan being modified:____.

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified |
|---|---|
| | |

| Are Schedules I and J being filed simultaneously with this modified Plan? | ☐ Yes | ☐ No |
|---|---|---|

### Part 10:  Sign Here

The debtor(s) and the attorney for the debtor (if any) must sign this Plan.

| Date | May 2, 2017 | /s/ Christopher J. Balala |
|---|---|---|
| | | **Christopher J. Balala 030732010 NJ** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the foregoing is true and correct.

| Date: | May 2, 2017 | /s/ Olufemi Fasehun |
|---|---|---|
| | | **Olufemi Fasehun** |
| | | Debtor |
| Date: | May 2, 2017 | /s/ Yetunde Celia Fasehun |
| | | **Yetunde Celia Fasehun** |
| | | Joint Debtor |

7

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy