

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtors

**Order Filed on February 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Olufemi Fasehun
Yetunde Celia Fasehun,

                                    Debtors.

Case No.:            17-15680

Chapter:                13

Judge:                VFP

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 26, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____05/24/2017_____ :

Property:    86 East McClellan Avenue, Livingston, New Jersey 07039

Creditor:    CitiMortgage, Inc.

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtors_____,
    and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____,
    and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____05/26/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*